THE STATE for the use of WM. M. FOWLER and wife *vs.* THOMAS ROBINSON.

A receipt in full, though strong prima facie evidence of entire payment, is not conclusive.

Sci. Fa. on a recognizance in the Orphans' Court. Pleas, payment, set-off, and the act of limitations. Replication, infancy.

The defendant produced a receipt in full from the guardian of Mrs. Fowler. It purported to be in full of two shares of the appraised value of the lands secured by the recognizance; and not merely of a balance, but it did not amount to as much as the two shares with the interest due thereon.

*The Court* told the jury that the receipt, though strong prima facie evidence of a payment in full was not conclusive, and might be examined into. If the jury thought there was a mistake, and this appeared to them on the evidence, they might find a sum due the plaintiff, notwithstanding the receipt in full of her guardian.

The plaintiff had a verdict.

*Layton* for plaintiff.
*Robinson* for defendant.